UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

JENNIFER LYNN MAGNUSON,

        Plaintiff,

   - against -               **ORDER**

VIRGIN RED LIMITED d/b/a        24 Civ. 4659 (NRB)
www.virgin.com, a UK Company;
DOES 1-10; and VIRGIN RED LIMITED,

        Defendants.

-------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in principle in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

DATED: October 21, 2025
       New York, New York

                   NAOMI REICE BUCHWALD
               UNITED STATES DISTRICT JUDGE